IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VANCE RAYNARD TURNER, § | | |
| # 1816284 § | | |
|     Petitioner, § | | |
| § | | |
| v. § | 3:13-CV-2591-K-BK | |
| § | | |
| WILLIAMS STEPHENS, Director § | | |
| TDCJ-CID, § | | |
|     Respondent. § | | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that the petition for writ of habeas corpus is DISMISSED with prejudice as barred by the one-year statute of limitations, and that Petitioner's motion for summary judgment (Doc. 18), construed in the Magistrate Judge's Recommendation as a reply to Respondent's answer, is DENIED.

SO ORDERED.

Signed February 18th, 2014.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE